RECEIVED MAILROOM
MAY 19 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

Kimberly Mallett          3160 Campbell dr
vs                         Fairfax, VA 22031

Disney Enterprises         1375 Buena Vista dr
                           Orlando, Fl 32830

                           1:21cv616
                           RDA/MSN

May 14, 2021

Approaching the Federal Court System regarding the MOVIE "BRAVE" Produced by Disney Pixar Films I am Suing for $135,000,000, My intellects back, Relief of my Soul and the Trademark/copyright.

Lied TO AT Birth and given up for adoption My Biological Parents are Bill + Hillary Clinton Former President and First Lady. Due to this movie and the heavenly stronghold they wanted to hide me in jails and homeless Shelters to prove I wasn't theirs and to Keep the MONEY and dividends From the Music, MOVIE and Business formats I have thought, to myself, about.

I will need an Attorney for this Appointed by the Courts.

Again, Suing Disney Pixar films + Disney Enterprises for the making of Disney "BRAVE" 2012 using my Features, characteristics and intellect.

Kimberly Mallett

Kimberly Mallett

- The first child of Kimberly Dawn Mallett, Zane Kennedy born June 10, 1994

- Reached the USA, which is where Plaintiff lives.

- The Portrayal of Kimberly Dawn Mallett Birth child of Bill Clinton and Hilary Clinton

- Raised by A Man with the nickname Yogi Bear

- When movie began production and Futher, I lived w/ my Aunt who wasn't at all my Aunt. I was lied too!

- I wear my Red curly hair with one lock down and the rest of it in Bun

- I have alot of determination to defeat the many obstacles and hardships in my life. STUPIDIY and ignorance is something I Scorn at.

- I treasure the man that raised ME. (MOTHER BEAR) My Mother, Hillary Clinton, seems to ME Hard, Controlling and Vengeful. May the Lord Help us.

- The Red Curly hair is my own. It is very distictive and very personal. Also very Natural

Disney Company % PIXAR FILM
BRAVE

- Seattle International Film Festival received this 1st. On June 10, 2012

- North America on June 22, 2012

- Merida, main character Princess child of King & Queen

- Bear in Storyline

- Merida didn't want to follow tradition

- In desperation; she turned to A witch for help

- Merida wears hair with one lock out.

- Merida has much determination and Self Esteem; regarding Attitude of ignorance with arrogance or Scornfulness

- Merida's mother says after Merida's return oh my Merida where have you been I have been Worried, Sick.

- Merida begins to Treasure the Bear.

- HAS Red curly HAIR

- Directors: Brenda Chapman   Mark Andrews
  Co director STEVE Purcel; (deceased)

- Producers: KAtherine Sarafian  John Lasseter
  Andrew Staton, Pete Doctor executive Producer

- Voice CAST: Kelly Macdonald, Billy Connolly
  Emma Thompson, Julie Walters, Robbie Coltrane
  Kevin McKidd, Craig Ferguson

- Plot: Merida creates Chaos by not following the old Age Tradition of the Kingdom, She Lets it be Known She wants to be on her OWN. and not marry her fathers choice of Man.

Seattle International Film Festival recieved "BRAVE" on June 10, 2012

Sydney Film Festival  June 11, 2012
       With Many MORE TO Mention

There were 14 theaters IN USA set up to show the MOVIE "BRAVE."

- Directors: Brenda Chapman   Mark Andrews
  & director STEVE Purcel, (deceased)

- Producers: Katherine Sarafian  John Lasseter
  Andrew Stanton, Pete Docter executive Producer

- Voice CAST: Kelly Macdonald, Billy Connolly
  Emma Thompson, Julie Walters, Robbie Coltrane
  Kevin McKidd, Craig Ferguson

Plot: Merida creates Chaos by not following the
old Age Traditions of the Kingdom. She Lets
it be Known She wants to be on her OWN,
and not Marry her fathers Choice of Man.

Seattle International Film Festival received
"BRAVE" on June 10, 2012

Sydney Film Festival  June 11, 2012
with many MORE TO Mention

Then, Were 14 theaters in USA Set up to
Show the Movie "BRAVE".

Directors, Producers, Voice Cast as well unmentioned employees of Disney & It's Affiliates know who I am and they know alot of the things I do.
There are many similarities to these Names Not to Mention all of them, but A few.

Brenda Chapman: There was a real Stronghold on Brenda Chapman, dog the bounty hunters Wife, as she ended up with a terminal illness.

Kelly Macdonald: These people along with, Kelly, Know that I eat at Mcdonald's a lot.

Setting to the Movie is an Ireland highland. My parents recieved DNA from Scottland in order to produce a red head child.
They recieved Genes from the United Kingdom.

The custom of Wedding Planning for a princess and who she marries is not up to the Princess. It is up to the King.
I do not want to get Married due to the Aspects of Life and how the Rule of THUMB is laid out in USA.
There are alot of differences that stop us from becoming the New EARTH THAT God Still Hopes for. Some even have the wrong Perception of what the New EARTH IS ABOUT.

Disney Enterprises Law Suit Matters to GOD. Whether You believe in Him or Not. Disney had No right to follow my life or my families life.

The Clintons Bill & Hillary Former First lady and President ARE my Birth Parents.

They chose to give me up for Adoption.

But then Chose to Make a Movie in the DISNEY STUDIO ABOUT ME

This Movie was Against back Wishes, and NO ONE Asked my Permission.

Hillary Pries into my Soul Daily to get to my Past

She was not there She gave me away.

She should not Touch me or may Past